■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVEN BOLT, Appellant, v LEON J. VINCENT, as Superintendent, Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County, entered August 14, 1975, which dismissed the proceeding. Appeal dismissed as moot, without costs or disbursements. The petitioner is no longer in respondent's custody and, in fact, is presently on parole. Hopkins, Acting P. J., Latham, Cohalan, Margett and Hawkins, JJ., concur.